UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BONHOMME,<br><br>       Plaintiff,<br><br>    v.<br><br>OPEN TEXT CORPORATION, et al.,<br><br>       Defendants. | Case No. 24-cv-06100-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 97 |

      As the Court understands the plaintiff's surreply, she would like to concede insufficient service of process to Open Text Corp., dismiss the claims against OpenText Corp. without prejudice, and dismiss with prejudice her claims under the Fair Debt Collection Practices Act against Open Text Inc. and Vedder Price. Dkt. No. 97. As the Court further understands her request, the plaintiff is also asking the Court to decline to exercise supplemental jurisdiction over the remaining state law claims against Open Text Inc. and Vedder Price. The defendants are ordered to show cause why the Court should not permit the dismissal of the claims against Open Text Corp. and the remaining federal claim, decline to exercise supplemental jurisdiction, and dismiss this case for lack of subject matter jurisdiction. The defendants' response should not exceed four pages and should be filed by 2:00 p.m. Wednesday, June 18.

      **IT IS SO ORDERED.**

Dated: June 16, 2025

                                                        VINCE CHHABRIA
                                                         United States District Judge